# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DAVID POTTER,**<br>*Plaintiff,*<br><br>v.<br><br>**CARDINAL HEALTH 200, LLC,**<br>*Defendant.* | §<br>§<br>§<br>§   Civil Action No. 2:19-CV-00007- JRG<br>§<br>§<br>§<br>§   **JURY DEMANDED** |

## DECLARATION OF YVONNE MURRAY

I, Yvonne Murray, declare under penalty of perjury as follows:

1. My name is Yvonne Murray. I am over eighteen years of age and am competent to make this Declaration. Each statement contained in this Declaration is based on my personal knowledge and is true and correct.

2. I am employed as a Manager, Employee Relations & Labor Relations at Cardinal Health.

3. In my role, I am responsible for charges filed with the Equal Employment Opportunity Commission (EEOC) against Cardinal Health. I received the EEOC charge David Potter (Potter) filed with the EEOC against Cardinal Health (EEOC Charge No. 450-2018-06950) and am listed as the Company's contact person for this charge with the EEOC.

4. To date, Cardinal Health has not received any notice from the EEOC that it has issued a right to sue notice to Potter with respect to any charge he has filed against Cardinal Health with the agency.

5. To date, the EEOC has not posted a right to sue notice on its online portal, which I have access to, for the above-referenced charge Potter filed with the EEOC against Cardinal Health.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in Orlando, Florida on February 12, 2019.

*Yvonne Murray*
Yvonne Murray