IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DAVID POTTER,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Civil Action No. 2:19-CV-00007- JRG | |
| § | | |
| **CARDINAL HEALTH 200, LLC,** § | | |
| *Defendant.* § | JURY DEMANDED | |

### ORDER GRANTING DEFENDANT'S RULE 12(b)(1) AND RULE 12(b)(6) MOTION TO DISMISS, OR IN THE ALTERNATIVE RULE 12(e) MOTION FOR MORE DEFINITE STATEMENT

Before the Court is Defendant's Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss, or in the Alternative Rule 12(e) Motion for More Definite Statement.  Having considered the Motion, the Court finds that the Motion for Dismissal has merit and should be **GRANTED.**

**IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE** to the right of Plaintiff to refile same.  All costs of court and attorneys' fees are borne by the party incurring same.

**ORDER**                                                                                                           **Solo Page**