# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DAVID POTTER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:19-CV-00007- JRG |
| | § | |
| **CARDINAL HEALTH 200, LLC,** | § | |
| *Defendant.* | § | **JURY DEMANDED** |

## ORDER GRANTING DEFENDANT'S SECTION 1404(a)&(b) MOTION TO TRANSFER VENUE

Before the Court is Defendant's Section 1404(a)&(b) Motion to Transfer Venue to the United States District Court for the Eastern District of Texas, Tyler Division. Having considered the Motion, the Court finds that the Motion has merit and should be **GRANTED.**

**IT IS, THEREFORE, ORDERED** that this case be transferred to the United States District Court for the Eastern District of Texas, Tyler Division.